UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-61657-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ONE 1978 CESSNA 404 FIXED WING AIRCRAFT,
DISPLAYING FEDERAL AVIATION ADMINISTRATION (FAA)
REGISTRATION # N442EH, SERIAL NUMBER 404-0202

        Defendant.
_____/

## SECOND AMENDED VERIFIED COMPLAINT FOR FORFEITURE IN REM

The United States files this Verified Complaint for Forfeiture *In Rem* and alleges that:

1. This is a civil action for forfeiture *in rem* against One 1978 Cessna 404 fixed-wing aircraft, displaying Federal Aviation Administration (FAA), Registration number N442EH, and Serial Number 404-0202,

2. This Court has jurisdiction over this matter pursuant to Title 28, U.S.C. §§1345, and 1355(a), and 2461(a). In addition, the Court has *in rem* jurisdiction pursuant to Title 28, U.S.C. § 1355(b)(1), and (d), § 1395.

3. This Court has venue over the defendant aircraft pursuant to Title 28, U.S.C. §1395(a) and (b).

4. The defendant aircraft is forfeitable to the United States pursuant to Title 49, United States Code, Section 46306(d), which provides that the Administrator of DEA may seize and forfeit an aircraft whose use is related to a violation of subsection (b) of section 46306. Specifically,

1

the defendant aircraft has an external display of false or misleading registration numbers or country of registration, and/or the aircraft is registered to a false or fictitious person, and/or the aircraft was operated when it was not registered under section 44103 of Title 49, in violation of any of the following subsections, 46306(b)(3), (b)(4), and/or (b)(5).

## STATEMENT OF FACTS

*Registration of U.S. Aircraft*

5.  Various Federal statutes and regulations set forth the requirements for an aircraft to be properly registered with the Federal Aviation Administration ("FAA") under Title 49, United States Code, Section 44103.

6.  Title 49, United States Code, Section 44102(a)(1) and 14 C.F.R. § 47.3(a) provide that an aircraft may be registered under section 44103 only when the aircraft is:

> (1) not registered under the laws of a foreign country and is owned by –
> (A) a citizen of the United States;
> (B) an individual citizen of a foreign country lawfully admitted for permanent residence in the United States; or
> (C) a corporation not a citizen of the United States when the corporation is organized and doing business under the laws of the United States or a State, and the aircraft is based and primarily used in the United States[.]

7.  The term U.S. citizen is defined at 14 C.F.R. § 47.2 to mean one of the following:

> (i) An individual who is a citizen of the United States or one of its possessions[;]
> (ii) A partnership of which each member is such an individual[;] [or]
> (iii) A corporation or association created or organized under the laws of the United States or of any State, Territory, or possession of the United States, of which the president and two-thirds or more of the boards of directors and other managing officers thereof are such individuals and in which at least 75 percent of the voting interest is owned or controlled by persons who are citizens of the United States or one of its possessions.

8. Title 49, United States Code, Section 44103(a)(1)(A) and (B) provides that on application of the owner of an aircraft that meets the requirements of section 44102, the Administrator of the FAA shall register the aircraft and issue a certificate of registration to its owner.

9. Title 14, Code Federal Regulations, Section 47.43(a) states, in pertinent part:

> (a) The registration of an aircraft is invalid if, at the time it is made–
> . . .
> (3) The applicant is not qualified to submit an application under this part; or
> (4) The interest of the applicant in the aircraft was created by a transaction that was not entered into in good faith, but rather was made to avoid (with or without the owner's knowledge) compliance with 49 U.S.C. 44101-44104.

10. In addition, Title 14, C.F.R. § 91.203(a)(2) provides, in pertinent part, that no person may operate a civil aircraft unless it has within it "[a]n effective U.S. registration certificate issued to its owner, . . ., or a registration certificate issued under the laws of a foreign country."

## FACTUAL BACKGROUND

11. On May 18, 2012, U.S. Customs and Border Patrol (CBP) Officer Anthony Ali while at the Ft. Lauderdale, Fl. Executive Airport, was conducting routine inspections of aircraft leaving the United States. CBP Officer Ali verified a fight plan that had been filed with the Federal Aviation Administration["FAA"] by the pilot of the defendant aircraft, one 1978 Cessna 404 fixed wing aircraft, displaying FAA registration number N442EH, Serial Number 404-0202, to leave Ft. Lauderdale, Florida Executive Airport that day, and travel to Honduras. A copy of the flight plan summary is attached hereto.

3

12. On May 18, 2012, DEA inspected the 1978 Cessna 404 fixed wing aircraft displaying Federal Aviation Administration (FAA) registration number N442EH, Serial Number 404-0202, at the Lauderdale, Executive Airport. The FAA registration number N442EH was displayed clearly on the tail of the aircraft.

13. On May18, 2012, DEA interviewed Troy BODDEN at the Fort Lauderdale, Executive Airport. Bodden provided his personal information and stated that he was a foreign national of Honduras, residing in Utila, Honduras.

14. Bodden stated that he was the sole owner of the defendant aircraft given that he had purchased it three days earlier on May15, 2012, from Ronald Caruso, an aircraft broker from Maine Aviation Sales, Inc., a business located in Portland, Maine. Bodden stated that he had paid for the aircraft in full, via separate wires transfers[4] from Bodden to Ronald Caruso, at Maine Aviation Sales. Bank records show payment was made from Troy Bodden to Maine Aviation Sales escrow account at KeyBank National Bank, in Augusta, Maine. The wire transfers were made on February 21, 2012, May 7, 2012, plus two others on May 15, 2012, in the respective amounts of $20,025, $369,035, $56,500 and $11,015, for a total of $456,575. A copy of the wire transfers are attached hereto.

15. Bodden advised that he was imminently attempting to fly and export the defendant aircraft to Honduras, on that day. Although Bodden had already purchased and paid in full for the defendant aircraft, Bodden did not obtain a U.S. Registration for the aircraft, as required by the FAA, and Title 14, C.F.R. Part 47.

16. Bodden admitted he could not obtain such registration, since he was a foreign national and citizen of Honduras, and not a U.S Citizen. Bodden admitted knowing that he could not legally register the aircraft with FAA.

17. On May 18, 2012, FAA Special Agent Rick Buczek telephonically interviewed Troy Bodden, while Bodden and the defendant aircraft were located at the Ft. Lauderdale Executive Airport. Bodden admitted that he was the sole owner of the defendant aircraft, having purchased the aircraft several days prior, from Ronald Caruso of Maine Aviation Sales.

18. BODDEN also admitted to Agent Buczek, that he, BODDEN, was attempting to expeditiously export his aircraft to Honduras, without the proper FAA export documentation. BODDEN also admitted that the aircraft was currently displaying FAA registration of N-422EH, showing the prior owner, Ronald Caruso of Maine Aviation Sales, as the registered owner, even thought title had passed to him, Bodden, on May 15, 2012.

19. On May 18, 2012, FAA Agent Buzeck telephonically interviewed Ronald Caruso of Maine Aviation Sales, while the Customs Border Protection agents were doing their preliminary investigation of the defendant aircraft.

20. In the interview, Ronald Caruso admitted to Agent Buczek that he, Caruso, had sold the aircraft three days earlier, to his customer, a Honduran male named Troy Bodden of Honduras. Caruso advised Agent Buczek that the defendant aircraft had been paid in full by Bodden.

21. Caruso also admitted knowing that Boden was Honduran, and that consequently, he, Bodden, was not able to register the defendant aircraft in the United States. Caruso further acknowledged, in response to Agent Buczek's questioning, that if the defendant aircraft crashed

on its way to Honduras, it would be Bodden's loss.

22. The false registration for the 1978 Cessna 404 fixed wing aircraft, displaying FAA registration number N442EH, Serial Number 404-0202, was and is a violation of Title 49, United States Code, Section 46306. The last FAA Registration of this aircraft, listing the owner as Maine Aviation Sales, is considered rescinded, and no longer valid[1] with the FAA.

23. On May 18, 2012, DEA Special Agent Ryan Petrasek also interviewed Caruso. Caruso admitted having sold the defendant aircraft to Troy Bodden of Utila, Honduras, three days prior, and having been paid via wire transfers from Bodden. Caruso also admitted not having filed the related Bill of Sale to Bodden with the FAA disclosing the new ownership of the defendant aircraft. The defendant aircraft was seized by DEA shortly thereafter.

24. A similar aircraft [Cessna 404] to the defendant aircraft was also seized by DEA on January 24, 2012, from the Fort Lauderdale Executive Airport as being purchased with drug proceeds. This other aircraft had just, prior to its seizure, also purported to be owned and registered by Maine Aviation Sales, Inc., and had been sold to and paid in full by a foreign national, Vicente Contreras, a Mexican national. Notice of that seizure was provided by DEA to Contreras and Maine Aviation Sales, Inc. Following the lack of any claim/s filed in response thereto, that plane was administratively forfeited by DEA on August 14, 2012.

---

[1] Title 14 C.F.R., Part 47-AIRCRAFT REGISTRATION
**§47.41 Duration and return of Certificate.**

(a) Each Certificate or Aircraft Registration, AC Form 8050-3, issued by the FAA under ths subpart is effective, unless registration has ended by reason of having been revoked, canceled., expired, *or the ownership is transferred*, until the date upon which one of the following events occurs:

25. The defendant aircraft is subject to forfeiture, pursuant to Title 49, United States Code, Section 46306(d), which provides that the Administrator of DEA may seize and forfeit an aircraft whose use is related to a violation of subsection (b) of section 46306. Specifically, the defendant aircraft has an external display of false or misleading registration numbers or country of registration, and/or the aircraft is registered to a false or fictitious person, and/or the aircraft was operated when it was not registered under section 44103 of Title 49, in violation of any of the following subsections, 46306(b)(3), (b)(4), and/or (b)(5).

**WHEREFORE**, Plaintiff, United States of America requests, that any and all persons having any claim to the defendant aircraft be directed to file and serve their verified claims and answers as required by Rule G(5), of the Supplemental Rules for Certain Admiralty and Maritime Claims, or suffer default thereof, and further requests that the Court declare the defendant property condemned and forfeit to the United States of America, and that Plaintiff have such other and further relief as may be just and proper.

Respectively submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

 s/William H. Beckerleg, Jr.
WLLIAM H. BECKERLEG, JR.
ASSISTANT U.S. ATTORNEY
500 EAST BROWARD BLVD., SUITE 700
FORT LAUDERDALE, FLORIDA 33394
TEL:(954) 660-5774
FAX. (954) 356-7180
BAR NO. A550007
WILLIAM.H.BECKERLEG@USDOJ.GOV

## VERIFICATION

Pursuant to Title 28 U.S.C. §1746, I declare under penalty of perjury that, I, Ryan Petrasek the DEA case agent in this matter, have read the foregoing Second Amended Complaint for Forfeiture In Rem and state that the contents are true to be best of my knowledge and belief.

_____
RYAN PETRASEK
DEA SPECIAL AGENT

TAIL NUMBER: N442EH

TYPE OF AIRCRAFT: C 404

AIRCRAFT COLOR(S): BLUE

CALL SIGN:

CBP ISSUED DECAL NUMBER: 956254

---------------------------- NOTICE OF DEPARTURE ------------------------

AIRPORT OF FOREIGN ARRIVAL: RTB          ETA: 0900

US DEPARTURE DATE: 20120518        US DEPARTURE AIRPORT: KFXE

DEPARTURE LOCATION DESCRIPTION: BANYAN         (OUTBOUND)

EST TIME AND LOC OF BORDER CROSSING: 45 MIN AFTER DEPARTURE

FOREIGN ITINERARY: RTB

---------------------------- CONTACT INFORMATION --------------------------

OWNER/LESSEE NAME:     MAINEAVIATION SALES

ADDRESS:          100 YELLOW BIRD ROAD

              PORTLAND, ME 04102  , USA


TELEPHONE: 2078388179          FAX:

E-MAIL:   MAVRIKFLYER@AOL.COM


TAIL NUMBER: N442EH    DATE: 05182012   ARVL LOC: HND   DPRT LOC: KFXE

| P PASSENGER: | DOB | QRY | T | DOCUMENT # | CTY | G | STA |
|---|---|---|---|---|---|---|---|
| DEMARIA,STEVEN,MICHAEL | 071566 | SECN | P | 475503945 | USA | M | PLT |
| EODDEN,TROY,DONAHU | 061168 | PRIM | P | B069430 | HND | M | PAX |
| MARRDER,HARRY | 080471 | III | P | 487631830 | USA | M | PAX |



**usbank**

WIRE TRANSFER DEPARTMENT
PO BOX 64830
ST PAUL, MN 55164-0830

1/2

February 21 , 2012

Par: 120221019896

000003092 1 SP    106481481184835 P
SHARA F CHAWKIN DBA UTILA DIVE VENT
DBA LAGUNA BEACH RESORT
110 BLACK BEAR WAY
HOLLISTER MO 65672-5570

We confirm that we have debited your account number 000151703368507 with the sum of USD       20,025.00 , with value  02/21/2012 in respect of the following transaction.

PAR : 120221019896                          IMAD:20120221MMQFMP31001623
Repeat Code: No Repeat

Originator:
-----------------
000151703368507
SHARA F CHAWKIN DBA UTILA DIVE VENT
110 BLACK BEAR WAY
HOLLISTER, MO, 65672

Receiver                                    Account with Bank
----------                                  -----------------
011200608                                   KEY BK AUGUSTA ME
KEY BK AUGUSTA ME ME                        AUGUSTA
KEY BK AUGUSTA ME                           ME

Beneficiary :
-------------------
191484002487
MAINE AVIATION SALES, INC
MEMO CESSNA 404-0614 TROY BODDEN

This information is confidential.  If it was received in error or you have any inquiries regarding this wire transfer, please contact US Bank Wire Transfer Customer Service at (888) 799-4737.

```
Transferencia Intl. No.: S122502 Lugar y Fecha:  La Ceiba          ,07/05/2012

Por orden de:
   Nombre     :    /3201449281
   Dirección:      TROY SODDEN MARINE SERVICE S DE R.L
                   UTILA ISLAS DE LA BAHIA,
   Cuenta No:      HONDURAS C.A

Beneficiario:
   Nombre     :    MAINE AVIATION SALES INC
   Dirección:      100 YELLOWBIRD ROAD PORTLAND
                   MAINE 04102 TEL. 207-773-8179
   Cuenta No:      719148490248?

Banco Corresponsal Receptor:
   Nombre     :                                 ABA/SWIFT:
   Dirección:

Banco Intermediario:
   Nombre     :
   Dirección:

   ABA/SWIFT/No. de Cuenta:

Banco Beneficiario Final:
   Nombre     :    KEYBANK NATIONAL ASSOCIATION
   Dirección:      4910 TIEDEMAN ROAD
                   MAILCODE OH-01-51-0641
   ABA/SWIFT/No. de Cuenta: KEYBUS33

Información de Remitente a Destinatario:


Detalles de Pago:


Girado contra: STANDARD CHARTERED BANK       Destino de la divisa:   150:
```

| Liquidación | Valor M/E | Valor US$ | Cotización | Valor Lps. |
|---|---|---|---|---|
| Monto | 369,000.00 | 369,000.00 | 19.350700 | 7,140,408.20 |
| Comisión nuestra | 27.00 | 27.00 | 19.350700 | 506.47 |
| Com Corresponsal | 8.00 | 8.00 | 19.350700 | 154.21 |
| Com. Cambiaria | | | | |
| Total Pagado | 369,035.00 | 369,035.00 | | 7,141,095.58 |

Nota: Este traslado es aceptado bajo convenio expreso que Banco Atlántida no asume responsabilidad por falta de recibo, mutilación o tardanza en la entrega cuando esto se deba a causa fuera de nuestro control, quedando además expresamente convenido que cualquier gasto que por estas razones tengamos que hacer es por cuenta del remitente.

```
   Firma del Comprador         Operado Por:        ATLC071
```



**usbank**

WIRE TRANSFER DEPARTMENT
PO BOX 64830
ST PAUL, MN 55164-0830

1/1

May 15 , 2012

Par: 120515013864

```
000002534 1 SP    106481603051891 P
SHARA F CHAWKIN DBA UTILA DIVE VENT
DBA LAGUNA BEACH RESORT
110 BLACK BEAR WAY
HOLLISTER MO 65672-5570
```

We confirm that we have debited your account number 000151703368507 with the sum of USD          56,500.00 , with value  05/15/2012 in respect of the following transaction.

PAR : 120515013864                    IMAD:20120515I1Q73AGC001555
Repeat Code: No Repeat

Originator:
------------------
000151703368507
SHARA F CHAWKIN DBA UTILA DIVE VENT
110 BLACK BEAR WAY
HOLLISTER, MO, 65672

Receiver                              Account with Bank
----------                            ------------------
011200608                             KEY BK AUGUSTA ME
KEY BK AUGUSTA ME ME                  AUGUSTA
KEY BK AUGUSTA ME                     ME

Beneficiary :
--------------------
191484002487
MAINE AVIATION SALES INC

This information is confidential.  If it was received in error or you have any inquiries regarding this wire transfer, please contact US Bank Wire Transfer Customer Service at (888) 799-4737.

| FNBB | Preview Incoming Wire | Page 1 of 2

# Wire Transfer Confirmation

Account Number: 065200803
Transaction Date and Time: 05/15/2012 01:24 PM

IMAD Data: 20120515 MMQFMP23 001070
Type Code: 10    Subtype Code: 00

Amount: $11,015.00
Business Function Code: CTR    Cover Payment: ☐

Proprietary Code:
Sender DI Number: 065403370    Sender Short Name: FNBB
Sender Reference:

Receiver DI Number: 011200608    Receiver Short Name: KeyBank National A

Originator FI ID Code: F
Originator FI Identifier: 065200803
Originator FI Name: Patterson State Bank
Originator FI Address Line 1: 1130 Highway 90 West
Originator FI Address Line 2: Patterson
Originator FI Address Line 3: LA 70392

Originator ID Code: D
Originator Identifier: 90866501
Originator Name: TROY BODDEN MARINE SERVICES
Originator Address Line 1: 3204 NATURE DR
Originator Address Line 2: MARRERO LA
Originator Address Line 3:

Originator to Beneficiary Line 1: RE CESSNA 404 0614
Originator to Beneficiary Line 2: NOTIFY 207 773 8179 ON ARRIVAL
Originator to Beneficiary Line 3:
Originator to Beneficiary Line 4:

Beneficiary ID Code: D
Beneficiary Identifier: 191484002487
Beneficiary Name: MAINE AVIATION SALES ESCROW ACCT
Beneficiary Address Line 1: 100 YELLOWBIRD RD
Beneficiary Address Line 2: PORTLAND MAINE
Beneficiary Address Line 3:

Forwarding Email Address: ———

Forward